730 A.2d 853

IN THE MATTER OF THOMAS E. BOCCIERI, AN ATTORNEY AT LAW.

June 23, 1999.

## O R D E R

**THOMAS E. BOCCIERI** of **WOODCLIFFE LAKE**, who was admitted to the bar of this State in 1986, having pleaded guilty to an Information filed in the United States District Court for the Eastern District of New York charging him with one count of mail fraud, in violation of 18 *U.S.C.A.* 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **THOMAS E. BOCCIERI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **THOMAS E. BOCCIERI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **THOMAS E. BOCCIERI** comply with *Rule* 1:20–20 dealing with suspended attorneys.